

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY          W          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> KENNETH IWAMASA <br><br> DEFENDANT. | **CASE NUMBER:** <br><br> 24-cr-00408-JAK <br><br><br> **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, <u>KENNETH IWAMASA</u>                                    , declare that

(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>12th</u> day of <u>July</u>, 20 <u>24</u>
at <u>Los Angeles, CA</u>

(City and State)

<u>                                        </u>
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____        _____

Interpreter