E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, General Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1200/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:      (213) 894-3667/0762
Facsimile:      (213) 894-0141
E-mail:         Ian.Yanniello@usdoj.gov
                Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

8-8-2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PG_____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-408-SPG |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING CASE ON AUGUST 15, 2024; DECLARATION OF IAN V. YANNIELLO |
| v. | |
| KENNETH IWAMASA, | |
| Defendant. | |

The government hereby applies ex parte for an order that the above-captioned case and all documents filed in it, which is currently be under seal, be ordered unsealed on August 15, 2024 at 9:00 a.m.

//

//

This ex parte application is based on the attached declaration of IAN V. YANNIELLO.

Dated: August 8, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF IAN V. YANNIELLO**

I, IAN V. YANNIELLO, declare as follows:

1.    I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California.  I am one of the AUSAs representing the government in the prosecution of United States v. Kenneth IWAMASA, Case No. CR 24-408-SPG ("defendant IWAMASA").

2.    On July 5, 2024, the government submitted an ex parte application to seal the entire case docket and all documents filed therein.  The government requested sealing based on, among other things, the fact that defendant IWAMASA had been charged by Information and signed a cooperation plea agreement relating to his involvement in a death resulting ketamine distribution conspiracy. Because the investigation remained ongoing and co-conspirators identified in the plea agreement had not yet been charged, the government requested sealing due to concerns that public filing may lead co-conspirators to learn of the pending investigation and/or its scope, flee, destroy evidence, or otherwise obstruct the pending investigation.

3.    That same day, the Honorable Brianna Fuller Mircheff, United States Magistrate Judge, entered an order sealing the entire criminal case against defendant.

4.    The government anticipates that the justifications for sealing this case will not be present as of 9 a.m. on August 15, 2024.  As such, the government respectfully requests the Court to issue an order unsealing defendant IWAMASA's docket and all matters filed therein on 9:00 a.m. on August 15, 2024.

1

5.    On August 8, 2024, I advised counsel for defendant IWAMASA that the government intended to move _ex parte_ to unseal the criminal case docket against their client.  Counsel advised he had no opposition to the request.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 8, 2024.

_____
IAN V. YANNIELLO

2