1

2

3                          UNITED STATES DISTRICT COURT

4                      FOR THE CENTRAL DISTRICT OF CALIFORNIA

5    UNITED STATES OF AMERICA,              No. CR 24-408-SPG

6            Plaintiff,                     ORDER CONTINUING SENTENCING
                                            HEARING DATE
7                 v.
                                            **[PROPOSED] SENTENCING DATE:**
8    KENNETH IWAMASA,                       **05/14/25 at 10:00 a.m.**

9            Defendant.

10

11

12       The Court has read and considered the Stipulation to Continue

13   Sentencing Hearing for Defendant KENNETH IWAMASA("defendant").  The

14   Court hereby finds that the Stipulation, which this Court

15   incorporates by reference into this Order, demonstrates facts that

16   support a continuance of the sentencing hearing.

17

18       THEREFORE, FOR GOOD CAUSE SHOWN:

19       The sentencing for defendant, currently set for November 6,

20   2024, is continued to May 14, 2025 at 10:00 a.m.

21       IT IS SO ORDERED.

22
         October 2, 2024
23    DATE                                  HONORABLE SHERILYN PEACE GARNETT
                                            UNITED STATES DISTRICT JUDGE
24

25

26   Presented by:

27    _/s/_
      HAOXIAOHAN CAI
28    Assistant United States Attorney