EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd. Ste. 1000
Encino, CA  91436
Phone:         (818) 781-1570
Email:         alan@egattorneys.com

Attorney for Defendant,
KENNETH IWAMASA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH IWAMASA<br>Defendant. | Case No.: CR 24-408-SPG<br><br>[PROPOSED] ORDER CONTINUING SENTENCING HEARING |

The Court has read and considered the Application to Continue Sentencing Hearing for Defendant Kenneth Iwamasa.  The Court hereby finds that the Application, which this Court incorporates by reference into this Order, demonstrates facts that support the continuance of the sentencing hearing.

Good cause having been shown, IT IS HEREBY ORDERED THAT:

In the above-entitled case, the sentencing for the defendant, currently set for April 22, 2026, is continued to June ___ , 2026.

Dated: April ___ 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE