NOTE: CHANGES BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   vs.

KENNETH IWAMASA
             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CR 24-408-SPG

ORDER CONTINUING SENTENCING
HEARING

The Court has read and considered the Application to Continue Sentencing Hearing for Defendant Kenneth Iwamasa.  The Court hereby finds that the Application, which this Court incorporates by reference into this Order, demonstrates facts that support the continuance of the sentencing hearing.

Good cause having been shown, IT IS HEREBY ORDERED THAT:

In the above-entitled case, the sentencing for the defendant, currently set for April 22, 2026, is continued to May 27, 2026 at 9:00 a.m.

Dated: April 14,  2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE