# Exhibits A-D

**SEALING REQUESTED**