Name & Address:

ALAN EISNER CSB 127119, EISNER GORIN LLP
16000 VENTURA BLVD., SUITE 10000
ENCINO, CALIFORNIA 91436
Phone: (818)781-1570

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> KENNITH IWAMASA <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CR 24-00408-SPG <br><br> **NOTICE OF MANUAL FILING <br> OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

UNDER SEAL DOCUMENT

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

MAY 21, 2026
_____
Date

s/ ALAN EISNER
_____
Attorney Name
 DEFENDANT KENNITH IWAMASA
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                         NOTICE OF MANUAL FILING OR LODGING