EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
DMITRY GORIN, State Bar # 178353
ROBERT HILL, State Bar # 306095
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone/Fax:  (818) 781-1570/(818) 617-2615
Email: alan@egattorneys.com

Attorney for Defendant,
KENNETH IWAMASA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KENNETH IWAMASA,<br><br>                    Defendant. | Case No.: CR 24-00408-SPG<br><br>DEFENDANT KENNETH IWAMASA'S SUR-REPLY IN SUPPORT OF SENTENCING POSITION<br><br>Date: May 27, 2026<br>Before the Honorable<br>Judge Sherilyn Peace Garnett |

TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE, AND TO ASSISTANT UNITED STATES ATTORNEYS IAN YANNIELLO AND HAOXIAOHAN CAI:

Defendant Kenneth Iwamasa, by and through counsel, hereby submits his sur-reply in support of his sentencing position.

Respectfully submitted,

EISNER GORIN LLP

Dated: May 22, 2026                 */S/ ALAN EISNER*

ALAN EISNER

*/S/ DMITRY GORIN*

DMITRY GORIN

Attorneys for Defendant
KENNETH IWAMASA

1

## I.  THE POSITION OF TRUST ENHANCEMENT DOES NOT APPLY NOTWITHSTANDING *CONTRERAS*

Defendant erroneously relied on *Hill* and *Ferrin* in his sentencing reply which was overruled in *United States v. Contreras*, 593 F.3d 1135 (9th Cir. 2010).  The correct test for whether a defendant occupies a position of trust is whether he exercised professional or managerial discretion.  U.S.S.G. § 3B1.3, Application Note 1.  Defendant respectfully withdraws the portion of his argument that relied on the prior standard and apologizes to the Court and the Government for any confusion.

Defendant still maintains that the enhancement does not apply based on the distinguishability of *Bradshaw* and *Zamarripa* as argued in his reply and the well-reasoned analysis of the probation department in both the presentence report and supplemental response to the parties' sentencing positions.

## II.  CONCLUSION

For the foregoing reasons, the Court should not apply the two-level enhancement pursuant to U.S.S.G. § 3B1.3.

Respectfully submitted,

EISNER GORIN LLP

Dated: May 23, 2026

*/S/ ALAN EISNER*

ALAN EISNER

*/S/ DMITRY GORIN*

DMITRY GORIN

Attorneys for Defendant
KENNETH IWAMASA

2