HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
312 North Spring Street, Suite 1100
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-CR-408-SPG |
| v. | |
| Kenneth IWAMASA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually Filed ☑ Lodged: ☐ ( **List Documents)**

Exhibits E-F to GOVERNMENT'S RESPONSE TO USPO'S ADDENDUM TO THE PRESENTENCE REPORT (DKT. 44) AND DEFENDANT KENNETH IWAMASA'S REPLY IN SUPPORT OF SENTENCING POSITION (DKT. 45)

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

May 22, 2026 _____
Date

Haoxiaohan Cai _____
Attorney Name

Plaintiff United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              NOTICE OF MANUAL FILING OR LODGING