BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3667/0762
Facsimile:     (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-408-SPG |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS E AND F TO THE GOVERNMENT'S RESPONSE TO USPO'S ADDENDUM TO THE PRESENTENCE REPORT (DKT. 44) AND DEFENDANT KENNETH IWAMASA'S REPLY IN SUPPORT OF SENTENCING POSITION (DKT. 45) |
| v. | |
| KENNETH IWAMASA, | |
| Defendant. | |

The government hereby applies ex parte for an order directing that Exhibit E and F to the Government's Response to the USPO's Addendum to the Presentence Report (Dkt. 44) And Defendant Kenneth Iwamasa's Reply in Support of Sentencing Position (Dkt. 45).

//

//

//

This application is based upon the attached declaration of Haoxiaohan Cai, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 23, 2026                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       IAN V. YANNIELLO
                                       Assistant United States Attorney
                                       Chief, National Security Division


                                       _____/s/_____
                                       IAN V. YANNIELLO
                                       HAOXIAOHAN CAI
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## **DECLARATION OF HAOXIAOHAN CAI**

I, HAOXIAOHAN CAI, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California assigned to this case, United States v. KENNETH IWAMASA, 24-CR-408-SPG.

2.    The government attached Exhibits E and D to its Response to the USPO's Addendum to the Presentence Report (Dkt. 44) And Defendant Kenneth Iwamasa's Reply in Support of Sentencing Position (Dkt. 45) and now seeks to seal the same:

   a. **Exhibit E** is a true and accurate copy of a report drafted by DEA SA Tyler Abrego regarding an interview with third-party B.M., conducted May 28, 2024, and two exhibits that were discussed during the course of that interview, exhibits N, and O.  Exhibit N is an unredacted copy of a medical prescription issued to a third-party, V.B.

   b. **Exhibit F** is a true and accurate copy of a report drafted by DEA SA Tyler Abrego regarding a proffer interview conducted with co-conspirator Erik FLEMING on April 3, 2024.

3.    The government requests sealing for victim privacy, as there are references to Mr. Perry's (and a third-party's) sensitive health information, as well as to third-parties who have not been charged in connection with the offense.

4.    On May 22, 2026, I emailed defendant's counsel, Mr. Alan Eisner and Mr. Robert Hill, with a copy of Exhibits E and F and later spoke to Mr. Eisner over the phone regarding his position on the government's request to file under seal.  Mr. Eisner did not object to the request.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 22, 2026.

                              /s/
                         HAOXIAOHAN CAI