Your Honor,

Thank you for the opportunity to share my thoughts in regard to Kenneth Iwamasa.

I worked in communications in the entertainment industry for 50 years.  For close to 30 years, Matthew was my client.  It was my job to protect Matthew from a worldwide media that thought Matthew's personal life should be played out publicly.  I could only be of use to Matthew if he trusted me—and he did, implicitly.  Our relationship transcended that of client/publicist.  I was his confidante and I was fierce on his behalf.

The night that Matthew died, I sat on the curb outside his home for 6 hours.  My initial reason to be there was to deal with any media that was there.  Fortunately, the stanchions were in place very quickly and the press could not get near his home.  I was there to meet Matthew's parents and stepparents.  I would not have been allowed into the house and, frankly, I didn't want to go in.  I stayed because I didn't

know how to leave.  I had lost my friend, someone I cared very deeply for.  Losing Matthew was like losing a family member.  And I stayed because I was concerned about Kenny.  I had known Kenny longer than I knew Matthew—at that point, I could only imagine the trauma he'd just been through and I wanted to be there if he needed me.

At Matthew's funeral, those of us who had all worked together for so long—L██ F██████, D██ C█████ and I, were still very concerned about Kenny.  I remember when he arrived, I ran up to him to give him a hug.  We had also found therapists for Kenny to see if he thought that would be helpful.  Our concern for him was real.

From my vantage point with my clients and their assistants over the years, I saw how often the assistant came to think they were as important as our mutual client.  They felt a sense of entitlement, forgetting that we were both working for the same person.  I recall speaking with a reporter from the NY Times who was going to write a story about Kenny and the prevalent sentiments that he "was just doing his job." The article never appeared because the writer couldn't

find anyone to speak to him on Kenny's behalf.  Kenny was a 60-year-oldm man.  He wasn't a young assistant trying to break into the business.  He had worked in it for decades—but again, he now had a lifestyle to protect, even if meant harming Matthew.

Simply said, Kenny wanted to inhabit and control Matthew's world.  He had no life—living in Matthew's houses, driving his cars, all expenses paid for—he had a life he never imagined he would have.  But the lifestyle wasn't enough for him.  He wanted it all.  And he crossed the line more times than I can count.

In order to secure his position with Matthew, he tried to get Matthew to fire several of those he trusted the most—L█ F█████ D█ C████, CAA, he had a plan.  None of that happened, but what did, happen, fatally,  is that he convinced Matthew he didn't need his sober companion or his team.  S███ S██████ was Matthew's last sober companion and one of the few that I was around over the years who did not try to take advantage of Matthew.  S████ got Matthew— he had great success in helping Matthew with his struggles.  Kenny

convinced Matthew that there were too many people around and that he didn't need to spend the money on them anymore.  And that battle Kenny won.  I was not aware.

And from my point of view, that was the beginning of the end.

Kenny didn't care if what he was doing for Matthew was good for Matthew.  An example, Matthew had terrible insomnia.  When whatever he was prescribed wasn't enough, Kenny bought over the counter sleep aids for him.  When S█████ told Kenny he couldn't do that, Kenny's response was, "I work for Matthew Perry."

Kenny had no judgement, he also had no filter.  He would call me to tell me things about Matthew's physicality and I would tell him to stop talking because I knew that Matthew would not want me to know what Kenny wanted to tell me.  He asked me to refer Matthew to a dermatologist, asked me to refer him to someone who could do hair transplants, any number of things.

But he never mentioned the Ketamine.  He didn't because his true concern was not upsetting the lifestyle to which he'd become accustomed.  From what I've read, he watched Matthew seize up more than once and never told any of us who cared so deeply for Matthew.  We would have gotten him the help he desperately needed.  Kenny feared that if he did the responsible thing, Matthew would have fired him.  Matthew would not have fired him—he could not handle confrontation.  If he'd thought he wanted to get rid of Kenny, he would have asked one of us to do it and we would have stopped that from happening.

Shortly after Matthew died, I received a text from Kenny at 4 a.m. as he was driving one of Matthew's cars from the house in the Hollywood Hills to the house in the Palisades.  And he was loving it.

Kenny Iwamasa killed my friend.  His narcissistic, outrageous, irresponsible behavior, his psychotic plan, caused him to heat up the jacuzzi, give Matthew the giant shot he requested and leave him alone to die.

Matthew and I were going to build the Matthew Perry Foundation together.  I was stepping away from my career in the entertainment industry to work with Matthew on the Foundation and a few other things he wanted me to be a part of.  I spoke with him about our plans three days before he died.

Matthew said he wanted to be remembered as someone who helped as many people as possible, not for "Chandler."  There was no question that we were going to move forward and fulfill his legacy.  The Foundation is almost three years old—our work, in Matthew's name, is saving lives.

After Matthew died, Kenny was persistent in wanting a position in the Foundation, claiming that was what Matthew wanted.  No, it wasn't.  Kenny had many outrageous requests and expectations that he thought would continue for the rest of his life.

I've heard Kenny may receive a lighter sentence because he has been helpful with the other cases related to Matthew's death.  This is heartbreaking.  He did not help Matthew.  Whatever sentence he receives, it won't be long enough.  He will always be known as the man who killed Matthew Perry, I suppose there should be some comfort in that.

Your Honor, the world lost a wonderful, kind, generous, sweet, loyal soul.  Matthew is still beloved, I see it every day.

Thank you,

Lisa Kasteler Calio

CEO Matthew Perry Foundation